**United States District Court**

For the Northern District of California

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  ,                                          No.

5          Plaintiff,                         CONSENT TO ASSIGNMENT OR
                                              REQUEST FOR REASSIGNMENT.

6      vs.

7  ,

8          Defendant.                    /

9

10          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

11      In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby

12  consents to have United States Magistrate Judge conduct any and all further proceedings in the case,

13  including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed

14  before a United States District Judge.

15

16  Dated:_____ _____          _____
                                         Signature

17

18                                       Counsel for _____

19

20  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL

21  AND DISPOSITION

22      The undersigned party hereby declines to consent to the assignment of this case to a United

23  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

24  a United States District Judge.

25

26  Dated:____ _____             _____
                                         Signature

27

28                                       Counsel for _____