LAW OFFICES OF
# ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431 FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J.BENTON TULLEY (1908-1974)

September 12, 2007

Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue
Courtroom F. 15th Floor
San Francisco, CA 94102

Re:    Board of Trustees of the Northern California Floor Covering, et al.
       vs. National Floor Systems, Inc., etc.
       United States District Court, Action No. C 07 3015 JL

Dear Judge Larson,

Confirming my conversation with your clerk, I am requesting a 60 day continuance
of the Case Management Conference from September 19, 2007 to a date and time
convenient to the court.

The complaint has been served. I have been contacted by an attorney requesting
information about the matter. The attorney is in trial before Judge Alsup and needs
some additional time to review documents. We would like to have time to attempt
to resolve this matter.

Yours very truly,

/s/Michael J. Carroll

MJC/se

cc: Erik Babcock