UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BOARD OF TRUSTEES, etc., et al,**

                Plaintiff(s),          No. **C07-3015 JL**

  v.

                                    **NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**NATIONAL FLOOR SYSTEMS, INC..,**

       Defendant(s).

_____/

You are hereby notified that the above entitled case has been continued (from September 19, 2007) to November 21, 2007 @ 10:30 a.m. in Courtroom F before Magistrate Judge James Larson for case management conference.

Dated: September 13, 2007

_____
Wings Hom, Courtroom Deputy

Blank.frm