UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES

    Plaintiff(s),　　　　　　　　　　No. 07-03015 JL

    v.　　　　　　　　　　　　　　　NOTICE OF CONTINUANCE
　　　　　　　　　　　　　　　　　　OF CASE MANAGEMENT CONFERENCE
NATIONAL FLOOR SYSTEMS

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for November 21, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to November 28, 2007 @ 10:30 a.m..

Dated: November 2, 2007

　　　　　　　　　　　　　　　　　*Wings Hom*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Wings Hom Courtroom Deputy to
　　　　　　　　　　　　　　　　　JAMES LARSON, CHIEF UNITED STATES
　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE