1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., | ) ) ) | NO.  C 07 3015 JL |
| Plaintiffs, | ) ) ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER |
| vs. | ) ) | |
| NATIONAL FLOOR SYSTEMS, INC., etc., | ) ) | |
| Defendant. | ) ) | |

The parties report the status of this case as follows:

Informal discovery causes plaintiff's counsel to bring this matter up at the Trustees next meeting on December 12, 2007, to determine whether or not it is appropriate to proceed with this case. It is requested that the Case Management Conference be continued to January 23, 2008.

IT IS STIPULATED that the Case Management Conference be continued from November 21, 2007 to January 23, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

```
Date:     November 13, 2007        ERSKINE & TULLEY
                                   A PROFESSIONAL CORPORATION


                                   By:/s/Michael J. Carroll
                                      Michael J. Carroll
                                      Attorneys for Plaintiffs

Date:     November 13, 2007


                                   By:/s/Erik G. Babcock
                                      Erik G. Babcock
                                      Attorney for Defendant
```

                                ORDER

IT IS SO ORDERED.

Dated:_____                    _____
                                       Honorable James Larson

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER        2