```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL FLOOR SYSTEMS, INC., etc., ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  C 07 3015 JL <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ~~XXXXXXXXXX~~ ORDER |

The parties report the status of this case as follows:

Informal discovery causes plaintiff's counsel to bring this matter up at the Trustees next meeting on December 12, 2007, to determine whether or not it is appropriate to proceed with this case. It is requested that the Case Management Conference be continued to January 23, 2008.

IT IS STIPULATED that the Case Management Conference be continued from November 21, 2007 to January 23, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER    1

```
 1  Date:      November 13, 2007          ERSKINE & TULLEY
                                          A PROFESSIONAL CORPORATION
 2

 3                                        By:/s/Michael J. Carroll
                                             Michael J. Carroll
 4                                           Attorneys for Plaintiffs

 5  Date:      November 13, 2007

 6
                                          By:/s/Erik G. Babcock
 7                                           Erik G. Babcock
                                             Attorney for Defendant
 8

 9                                  ORDER
    IT IS SO ORDERED.
10
    Dated: November 16, 2007         _____
11                                        Honorable James Larson
```