1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   BOARD OF TRUSTEES OF THE NORTHERN   )   NO.  C 07 3015 JL
13 CALIFORNIA FLOOR, et al.,           )
                                       )   STIPULATION TO CONTINUE
14                 Plaintiffs,         )   CASE MANAGEMENT
                                       )   CONFERENCE; PROPOSED
15           vs.                       )   ORDER
                                       )
16 NATIONAL FLOOR SYSTEMS, INC., etc., )
                                       )
17                 Defendant.          )
   _____)
18

19        The parties report the status of this case as follows:

20        The Trustees meeting mentioned in the last stipulation was

21 canceled, and has not yet been rescheduled.  The matter will be

22 discussed the with the Trustees, or the trustees will be polled as

23 soon as feasible to determine whether or not it is appropriate to

24 proceed with this case.  It is requested that the Case Management

25 Conference be continued to February 27, 2008.

26        IT IS STIPULATED that the Case Management Conference be

27 continued from January 23, 2008 to February 27, 2008 at 10:30 a.m. in

28 Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER    1

```
1  Date:      January 10, 2008        ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION
2

3                                     By:/s/Michael J. Carroll
                                          Michael J. Carroll
4                                         Attorneys for Plaintiffs

5  Date:      January 14, 2008        By:/s/Erik G. Babcock
                                          Erik G. Babcock
6                                         Attorney for Defendant

7                                  ORDER
8  IT IS SO ORDERED.

9  Dated:_____              _____
                                          Honorable James Larson
10
```

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER                2