```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., ) ) ) Plaintiffs, ) ) vs. ) ) NATIONAL FLOOR SYSTEMS, INC., etc., ) ) Defendant. ) _____ ) | NO.  C 07 3015 JL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER |

The parties report the status of this case as follows:

The Trustees meeting mentioned in the last stipulation was canceled, and has not yet been rescheduled.  The matter will be discussed the with the Trustees, or the trustees will be polled as soon as feasible to determine whether or not it is appropriate to proceed with this case.  It is requested that the Case Management Conference be continued to February 27, 2008.

IT IS STIPULATED that the Case Management Conference be continued from January 23, 2008 to February 27, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER        1

```
1  Date:     January 10, 2008          ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION
2

3                                      By:/s/Michael J. Carroll
                                          Michael J. Carroll
4                                         Attorneys for Plaintiffs

5  Date:     January 14, 2008          By:/s/Erik G. Babcock
                                          Erik G. Babcock
6                                         Attorney for Defendant

7                                    ORDER

8  IT IS SO ORDERED.

9  Dated: January 16, 2008          _____
```

*[Seal: IT IS SO ORDERED / Judge James Larson / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*