ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>NATIONAL FLOOR SYSTEMS, INC., etc.<br><br>   Defendant. | NO. C 07 3015 JL<br><br><br><br>STIPULATION TO<br>DISMISS CASE; ORDER |

It is hereby stipulated by and between the parties that though their respective counsel that this action be dismissed without prejudice.

Dated: February 20, 2008        ERSKINE & TULLEY

                                By:/s/Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiffs

Dated: February 20, 2008        LAW OFFICE OF ERIK BABCOCK

                                By:/s/Erik G. Babcock
                                    Erik G. Babcock
                                    Attorney for Defendant

STIPULATION TO DISMISS CASE; ORDER
1

O R D E R

It is so ordered.

Dated:_____          _____
                                Magistrate Judge James Larson

STIPULATION TO DISMISS CASE; ORDER
2