1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN  )    NO. C 07 3015 JL
    CALIFORNIA FLOOR, et al.,          )
12                                     )
                        Plaintiffs,    )
13                                     )
            vs.                        )    STIPULATION TO
14                                     )    DISMISS CASE; ORDER
    NATIONAL FLOOR SYSTEMS, INC., etc. )
15                                     )
                        Defendant.     )
16  _____)

17

18          It is hereby stipulated by and between the parties that

19  though their respective counsel that this action be dismissed without

20  prejudice.

    Dated: February 20, 2008       ERSKINE & TULLEY
21

22                                 By:/s/Michael J. Carroll
                                      Michael J. Carroll
23                                    Attorneys for Plaintiffs

24  Dated: February 20, 2008       LAW OFFICE OF ERIK BABCOCK

25
                                   By:/s/Erik G. Babcock
26                                    Erik G. Babcock
                                      Attorney for Defendant
27

28

                STIPULATION TO DISMISS CASE; ORDER
                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O R D E R

It is so ordered.

Dated: _____February 22, 2008_____

_____
Magistrate Judge James Larson

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO DISMISS CASE; ORDER

2